DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MALTIDE JEAN-LOUIS,**
Appellant,

v.

**THE BANK OF NEW YORK MELLON** f/k/a **BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 205-33CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-33CB, SILFA JEAN-LOUIS, LEONADE JEAN-LOUIS** and **TATYANA JEAN-LOUIS,**
Appellees.

No. 4D17-2137

[April 4, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 502008CA032738XXXXMB.

Philippe Symonovicz, Fort Lauderdale, for appellant.

Dariel Abrahamy of Greenspoon Marder, P.A., Boca Raton, for Appellee Bank of New York Mellon.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee,* 377 So. 2d 1150 (Fla. 1979).

GROSS, TAYLOR and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***